UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SELECT REHABILITATION, LLC and
REHABCARE GROUP EAST, LLC,                                                    Plaintiffs,

v.                                                                Civil Action No. 3:23-cv-149-DJH-CHL

ANR1 L.L.C. et al.,                                                           Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 21) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

November 13, 2023

David J. Hale, Judge
United States District Court